**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ARTHUR CROWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 3:25-cv-01499-VAB** |
| | ) | |
| **FREEDOM FOREVER CONNECTICUT** | ) | |
| **LLC, and SOLAR MOSAIC, INC.** | ) | |
| | ) | |
| **Defendants** | ) | **January 9, 2026** |

**NOTICE OF DISMISSAL**

Please take notice that this action is hereby dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

PLAINTIFF, ARTHUR CROWELL

By*/s/ Jeanette T. Chambers*____________

His Attorney
JEANETTE T. CHAMBERS (ct05563)
CHAMBERS LAW OFFICES LLC
P.O. Box 4520
Hartford, CT 06147-4520
Tel: (860) 278-8126
Email: JTC@JCHAMBERSLAW.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, I electronically filed the foregoing Notice of Dismissal using the CM/ECF system, which will then send a notification of such filing to the following:

Kurt M. Mullen (ct 30767)
PIERSON FERDINAND LLP
101 Federal Street, Suite 1900
Boston, MA 02110
Kurt.mullen@pierferd.com
*Counsel for Defendant Freedom Forever Connecticut, LLC*

By: */s/ Jeanette T. Chambers*
JEANETTE T. CHAMBERS (ct 05563)